GRAHAMHOLLIS APC
Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
David Lin (SBN 312350)
dlin@grahamhollis.com
3555 Fifth Avenue, Suite 200
San Diego, California 92103
Telephone: (619) 692-0800
Facsimile: (619) 692-0822

Attorneys for Plaintiffs MARTA L CERON DE OROZCO and EMMA BARCENAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA L CERON DE OROZCO and EMMA BARCENAS, individually and on behalf of all similarly situated employees of Defendants in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>FLAGSHIP FACILITY SERVICES, INC.; and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No.: 3:18-CV-02397-JLS-JLB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION (UNOPPOSED) FOR: (1) PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT; (2) PROVISIONAL CERTIFICATION OF THE SETTLEMENT CLASS; (3) APPROVAL OF THE CLASS NOTICE AND NOTICE PLAN; (4) APPOINTMENT OF CLASS COUNSEL AND CLASS REPRESENTATIVE; (5) APPOINTMENT OF SETTLEMENT ADMINISTRATOR; AND (6) SETTING A FINAL APPROVAL HEARING**<br><br>Date:   January 30, 2020<br>Time:  1:30 p.m.<br>Dept:   4D<br>Judge:  Hon. Janis L. Sammartino |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on January 30, 2020 at 1:30 p.m. or as soon thereafter as the matter can be heard in Department 4D of the above entitled courthouse, located at 221 West Broadway, San Diego, CA 92101.  Plaintiffs Marta L Ceron De Orozco and Emma Barcenas, on behalf of themselves and the putative class, will and hereby does move the Court for an order: (1) Preliminarily Approving Settlement of Plaintiff's Class and Collective Action Claims as stated in the Joint Stipulation of Settlement and Release; (2) Conditionally certifying the class and collective action for settlement purposes; (3) Approving and directing distribution of the Notice of Class Action Settlement and FLSA Opt In Form; (4) Appointing the Class Representative and Class Counsel; (5) Appointing the Settlement Administrator; and (6) Scheduling a Final Approval Hearing.

This Motion is supported by the following documents: (1) Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Approval of Class and Collective Action Settlement; (2) Declaration of Graham S.P. Hollis In Support of Plaintiff's Motion for Preliminary Approval of Class and Collective Action Settlement, and the Exhibits attached thereto; (3) Declaration of Marta L Ceron De Orozco in Support of Settlement;  (4) Declaration of Emma Barcenas in Support of Settlement; (5) [Proposed] Order Granting Preliminary Approval; and (6) all records and pleadings filed in this actions and such argument and evidence which may be presented at or before the hearing.

Respectfully submitted,

Dated: November 22, 2019                    GRAHAM**HOLLIS** APC

By: _____
GRAHAM S.P. HOLLIS
VILMARIE CORDERO
DAVID LIN
Attorneys for Plaintiffs