UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA L CERON DE OROZCO and EMMA BARCENAS, individually and on behalf of all similarly situated employees of Defendants in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>FLAGSHIP FACILITY SERVICES, INC.; and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No.: 3:18-CV-02397-JLS-JLB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR: (1) PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT; (2) PROVISIONAL CERTIFICATION OF THE SETTLEMENT CLASS; (3) APPROVAL OF THE CLASS NOTICE AND NOTICE PLAN; (4) APPOINTMENT OF CLASS COUNSEL AND CLASS REPRESENTATIVE; (5) APPOINTMENT OF SETTLEMENT ADMINISTRATOR; AND (6) SETTING A FINAL APPROVAL HEARING**<br><br>Date: January 30, 2020<br>Time: 1:30 p.m.<br>Dept: 4D<br>Judge: Hon. Janis L. Sammartino |

///

Plaintiff's Motion for Preliminary Approval of Class and Collective Action Settlement came before this Court on January 30, 2020. The Court, having considered the proposed Joint Stipulation of Settlement and Release (the "Settlement Agreement"), Plaintiff's Motion for Preliminary Approval, and all papers filed in support, **HEREBY ORDERS THE FOLLOWING**:

1. The Court grants preliminary approval of the Settlement and preliminarily finds that: (1) the Settlement is fair and reasonable to the Class when balanced against the possible risks of further litigation, including issues relating to class certification, liability, calculating damages, and potential appeals; (2) significant investigation, research, and litigation was conducted, which allowed the Parties to fairly evaluate their respective positions; (3) settlement at this time will avoid the substantial cost, delay, and risks presented by further litigation of the action; and (4) the Settlement was reached after serious, informed, and non-collusive negotiations, which were conducted at arm's length by experienced counsel with the assistance of a neutral and reputable mediator.

2. This Order incorporates by reference all defined terms set forth in the Settlement Agreement, which is attached hereto as **Exhibit 1**.

3. The Court finds that the proposed Settlement Class meets the requirements of numerosity, commonality, and typicality to justify certification, and that there is adequate and fair representation.

4. The Court grants provisional certification of the following Settlement Class and Subclass:

   a. **Non-Exempt Class**: which means "all current and former non-exempt janitorial employees who worked for Defendant in California at any time from August 13, 2014 through the date of Preliminary Approval of the Settlement."

///
///

    b. **<u>Waiting Time Penalties Subclass</u>:** which means "all members of the Non-Exempt Class who separated from their employment with Defendant at any time from August 13, 2015 through the date of Preliminary Approval of the Settlement."

5. The Court approves the appointment of Plaintiffs Marta L. Ceron De Orozco and Emma Barcenas as Class Representatives.

6. The Court approves the appointment of Plaintiffs' Counsel, Graham S.P. Hollis, Vilmarie Cordero, and David Lin of GrahamHollis APC, as Class Counsel.

7. The Court approves the form and content of the Notice of Class Action Settlement, in substantially the form attached to the Settlement Agreement as **Exhibit A**, approves the form and content of the FLSA Collective Action Member Consent To Join ("Opt In") Form ("FLSA Opt In Form"), in substantially the form attached to the Settlement Agreement as **Exhibit B**, and finds that the proposed method of disseminating the Class Notice to the Class meets all the due process requirements, provides the best notice practicable under the circumstances, and constitutes due and sufficient notice to all Class Members.

8. The Court preliminarily approves the definition and disposition of the Maximum Settlement Amount of $2,000,000, which is inclusive of: (1) all Individual Settlement Payments to Participating Class Members; (2) the Class Representative Service Awards; (3) Class Counsel's fees and costs; (4) all Settlement Administration Costs; (5) the PAGA Payment; and (6) the FLSA Settlement Share.

9. The Court approves the retention of Rust Consulting ("Rust") as the Settlement Administrator and hereby directs Rust to provide the approved Class Notice and FLSA Opt In Form to Class Members and administer the Settlement in accordance with the procedures described in the Settlement Agreement and the Implementation Schedule set forth below.

10. In the event the Settlement does not become effective in accordance with the

terms of the Settlement Agreement, or the Settlement is not finally approved, is terminated, cancelled or fails to become effective for any reason, this Order shall be rendered null and void and shall be vacated, and the Parties shall revert to their respective positions as of the commencement of the litigation.

11. The Court orders the following implementation schedule for further proceedings:

| EVENT | DEADLINE |
|---|---|
| Preliminary Approval of the Settlement by the Court | |
| Defendant to provide Settlement Administrator with the list of Class Members and all required Class Data | 10 business days after entry of the order granting Preliminary Approval |
| Settlement Administrator to mail Notice to Class Members | 14 calendar days after receiving the Class Data |
| Objections/Exclusion Deadline | 60 calendar days after mailing of Notice |
| FLSA Opt In Deadline | 60 calendar days after mailing of the Notice |
| Settlement Administrator to provide the parties notice of the valid request of exclusion letters and objections received | 7 calendar days after the Objection/Exclusion Deadline |
| Deadline for Defendant to exercise its option to cancel the settlement if 5% or more of the Class Members submit a timely and valid request for exclusion | 10 business days after Settlement Administrator notifies the Parties of the number of valid and timely requests for exclusion |
| Deadline for Settlement Administrator to provide declaration of due diligence | 25 calendar days prior to Final Approval Hearing |
| Deadline for Class Counsel to file Plaintiffs' Motion for Final Approval of Class and Collective Action Settlement and Award of Attorney's Fees and Costs and Class Representative Service Award | No later than 16 Court days prior to the Final Approval Hearing Date |
| Final Approval Hearing | |

GRAHAM**HOLLIS** APC
3555 FIFTH AVENUE SUITE 200
SAN DIEGO, CALIFORNIA 92103

The Court hereby sets a hearing date for Plaintiff's Motion for Final Approval of Class Action Settlement and Award of Attorney's Fees, Costs, and Class Representative Service Award on:

_____ at _____ in Department ___ of this Court.

**IT IS SO ORDERED**.

Dated:

_____
Hon. Janis L. Sammartino
United States District Court Judge

GrahamHollis APC
3555 Fifth Avenue Suite 200
San Diego, California 92103

5    Case No. 3:18-CV-02397-JLS-JLB
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT