GRAHAM**HOLLIS** APC
Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
David Lin (SBN 312350)
dlin@grahamhollis.com
3555 Fifth Avenue, Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff Marta L. Ceron De Orozco
and Emma Barcenas

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA L. CERON DE OROZCO and EMMA BARCENAS, individually and on behalf of all similarly situated employees of DEFENDANTS in the State of California,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FLAGSHIP FACILITY SERVICES, INC., DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 3:18-CV-02397-JLS-JLB<br><br>CERTIFICATE OF SERVICE |

///

///

///

///

///

///

///

///

# CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

I am employed in the State of California, County of San Diego. I am over the age of 18 and not a party to the within suit: my business address is 3555 Fifth Avenue, Suite 200, San Diego, California 92103.

On November 22, 2019, I served the documents described as:

- **PLAINTIFFS' NOTICE OF MOTION AND MOTION (UNOPPOSED) FOR: (1) PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT; (2) PROVISIONAL CERTIFICATION OF THE SETTLEMENT CLASS; (3) APPROVAL OF THE CLASS NOTICE AND NOTICE PLAN; (4) APPOINTMENT OF CLASS COUNSEL AND CLASS REPRESENTATIVE; (5) APPOINTMENT OF SETTLEMENT ADMINISTRATOR; AND (6) SETTING A FINAL APPROVAL HEARING**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR: (1) PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT; (2) PROVISIONAL CERTIFICATION OF THE SETTLEMENT CLASS; (3) APPROVAL OF THE CLASS NOTICE AND NOTICE PLAN; (4) APPOINTMENT OF CLASS COUNSEL AND CLASS REPRESENTATIVE; (5) APPOINTMENT OF SETTLEMENT ADMINISTRATOR; AND (6) SETTING A FINAL APPROVAL HEARING**

- **DECLARATION OF GRAHAM S.P. HOLLIS IN SUPPORT OF PLAINTIFFS' MOTION FOR: (1) PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT; (2) PROVISIONAL CERTIFICATION OF THE SETTLEMENT CLASS; (3) APPROVAL OF THE CLASS NOTICE AND NOTICE PLAN; (4) APPOINTMENT OF CLASS COUNSEL AND CLASS REPRESENTATIVE; (5) APPOINTMENT OF SETTLEMENT ADMINISTRATOR; AND (6) SETTING A FINAL APPROVAL HEARING**

- **DECLARATION OF MARTA L CERON DE OROZCO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

- **DECLARATION OF EMMA BARCENAS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

- **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR: (1) PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT; (2) PROVISIONAL CERTIFICATION OF THE SETTLEMENT CLASS; (3) APPROVAL OF THE CLASS NOTICE AND NOTICE PLAN; (4) APPOINTMENT OF CLASS COUNSEL AND CLASS REPRESENTATIVE; (5) APPOINTMENT OF SETTLEMENT ADMINISTRATOR; AND (6) SETTING A FINAL APPROVAL HEARING**

on the interested parties in this action by sending on the interested parties in this action [ ] the original [or] [ X ] a true copy thereof [ X ] to interested parties as follows:

LITTLER MENDELSON, P.C.
Michael F. McCabe (SBN 111151)
MMcCabe@littler.com
Kristin E. Hutchins (SBN 184429)
KHutchins@littler.com
Emily A. Mertes (SBN 296743)
EMertes@littler.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel. 415.433.1940; Fax 415.399.8490

☒ **BY ECF:** I hereby certify that this document was served by San Diego, California, by ECF delivery on the parties listed herein at their more recent known email addresses or e-mail of record in this action.

☒ **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 22nd day of November, 2019, at San Diego, California.

*/s/Amy Bevan*

Amy Bevan