1  MICHAEL F. MCCABE, Bar No. 111151
   mmccabe@littler.com
2  KRISTIN E. HUTCHINS, Bar No. 184429
   khutchins@littler.com
3  JULIE A. STOCKTON, Bar No. 286944
   jstockton@littler.com
4  EMILY A. MERTES, Bar No. 296743
   emertes@littler.com
5  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
6  San Francisco, CA 94104
   Telephone: 415.433.1940
7  Facsimile:  415.399.8490

8
   Attorneys for Defendant
9  FLAGSHIP FACILITY SERVICES, INC.

10
                    UNITED STATES DISTRICT COURT
11
                   SOUTHERN DISTRICT OF CALIFORNIA
12

13
   MARTA L CERON DE OROZCO,              Case No. 3:18-CV-02397-JLS-JLB
14 individually and on behalf of all
   similarly situated employees of       **DEFENDANT FLAGSHIP FACILITY
15 Defendants in the State of California, SERVICES, INC.'S MOTION TO
                                         APPEAR TELEPHONICALLY FOR
16              Plaintiff,               PRELIMINARY APPROVAL OF
                                         CLASS ACTION SETTLEMENT
17        v.                             HEARING**

18 FLAGSHIP FACILITY SERVICES,
   INC.; and DOES 1 through 50,
19 inclusive,
                                         Date:   January 30, 2020
20                                       Time:   1:30 p.m.

21              Defendant.

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

Case No.  3:18-cv-02397-JLS-JLB

DEFENDANT FLAGSHIP FACILITY SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT HEARING

Counsel for Flagship Facility Services, Inc. ("Defendant") respectfully requests the Court's permission to appear telephonically for the upcoming preliminary approval hearing on the class action settlement reached between the parties, scheduled for January 30, 2020 at 1:30 p.m.  The reason for this request is that Defense counsel, Emily A. Mertes, is unable to travel from San Francisco to San Diego due to being in an advanced state of pregnancy.  Given Ms. Mertes' familiarity with this matter, it remains most efficient for her to handle the hearing, albeit telephonically.

Plaintiffs Marta L. Ceron de Orozco and Emma Barcenas do not oppose this request.

Dated:    January 13, 2020

LITTLER MENDELSON, P.C.

By: *[signature: Emily M.]*
MICHAEL F. MCCABE
EMILY A. MERTES

Attorneys for Defendant
FLAGSHIP FACILITY SERVICES, INC.

4851-5089-9121.1 063836.1075

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

2.

Case No.  3:18-cv-02397-JLS-JLB

DEFENDANT FLAGSHIP FACILITY SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT HEARING