MICHAEL F. MCCABE, Bar No. 111151
mmccabe@littler.com
KRISTIN E. HUTCHINS, Bar No. 184429
khutchins@littler.com
JULIE A. STOCKTON, Bar No. 286944
jstockton@littler.com
EMILY A. MERTES, Bar No. 296743
emertes@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile:  415.399.8490

Attorneys for Defendant
FLAGSHIP FACILITY SERVICES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA L CERON DE OROZCO, individually and on behalf of all similarly situated employees of Defendants in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>FLAGSHIP FACILITY SERVICES, INC.; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 3:18-CV-02397-JLS-JLB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FLAGSHIP FACILITY SERVICES, INC.'S  MOTION TO APPEAR TELEPHONICALLY FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT HEARING**<br><br>Date:    January 30, 2020<br>Time:    1:30 p.m. |

Case No. 3:18-CV-02397-JLS-JLB

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

[PROPOSED] ORDER GRANTING DEFENDANT FLAGSHIP FACILITY SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT HEARING

Presently before the Court is Defendant Flagship Facility Services, Inc.'s ("Flagship") Motion to Appear Telephonically for Preliminary Approval of Class Action Settlement Hearing. Flagship's counsel, Emily A. Mertes, is unable to travel from San Francisco to San Diego due to being in an advanced state of pregnancy. Given Ms. Mertes' familiarity with this matter, it remains most efficient for her to handle the hearing, albeit telephonically.

Good cause appearing, the Court **GRANTS** the Motion. Flagship's counsel **SHALL CONTACT** the Courtroom Deputy at (619) 557-5291 to organize the telephone call.

**IT IS SO ORDERED.**

Dated: _____

Hon. Janis L. Sammartino
United States District Judge

4845-4881-9889.1 063836.1075

Littler Mendelson, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

2.

Case No. 3:18-CV-02397-JLS-JLB

[PROPOSED] ORDER GRANTING DEFENDANT FLAGSHIP FACILITY SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT HEARING