MICHAEL F. MCCABE, Bar No. 111151
mmccabe@littler.com
KRISTIN E. HUTCHINS, Bar No. 184429
khutchins@littler.com
JULIE A. STOCKTON, Bar No. 286944
jstockton@littler.com
EMILY A. MERTES, Bar No. 296743
emertes@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile:  415.399.8490

Attorneys for Defendant
FLAGSHIP FACILITY SERVICES, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA L CERON DE OROZCO, individually and on behalf of all similarly situated employees of Defendants in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>FLAGSHIP FACILITY SERVICES, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:18-CV-02397-JLS-JLB<br><br>ASSIGNED FOR ALL PURPOSES TO: HON. JANICE L. SAMMARTINO<br><br>**CERTIFICATE OF SERVICE** |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Diego, CA 94104
415.433.1940

**CERTIFICATE OF SERVICE**   1.   CASE NO. 3:18-CV-02397-JLS-JLB

# CERTIFICATE OF SERVICE

I, the undersigned, state:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years, and not a party to the within action. My business address is LITTLER MENDELSON, P.C., 333 Bush Street, 34th Floor, San Francisco, CA 94104.

On January 13, 2020, I served the foregoing document(s) described as:

- **DEFENDANT FLAGSHIP FACILITY SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT HEARING**

- **[PROPOSED] ORDER GRANTING DEFENDANT FLAGSHIP FACILITY SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT HEARING**

On the interested parties in this action by sending on the interested parties in this action [ ] the original [or] [ X ] a true copy thereof [ X ] to interested parties as follows:

GRAHAM**HOLLIS** APC
Graham S.P. Hollis
ghollis@grahamhollis.com
Vilmarie Cordero
vcordero@grahamhollis.com
David Lin
dlin@grahamhollis.com
3555 Fifth Avenue, Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

*Attorneys for Plaintiff Marta L. Ceron De Orozco and Emma Barcenas*

☒ **BY ECF:** I hereby certify that this document was served by San Francisco, California, by ECF delivery on the parties listed herein at their more recent known email addresses or e-mail of record in this action.

CERTIFICATE OF SERVICE    2.    CASE NO. 3:18-CV-02397-JLS-JLB

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. I further declare that I am employed by a member of the bar of this court at whose direction the service was made.

      Executed on January 13, 2020, at San Francisco, California.

*[signature]*

_____
Maria R. Flores

**CERTIFICATE OF SERVICE**     3.     CASE NO. 3:18-CV-02397-JLS-JLB

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Diego, CA 94104
415.433.1940