# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA L. CERON DE OROZCO, individually and on behalf of all similarly situated employees of Defendants in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>FLAGSHIP FACILITY SERVICES, INC.; and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No.: 18-CV-2397 JLS (JLB)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT HEARING**<br><br>(ECF No. 41) |

Presently before the Court is Defendant Flagship Facility Services, Inc.'s Motion to Appear Telephonically for Preliminary Approval of Class Action Settlement Hearing ("Mot.," ECF No. 41). Defendant's counsel, Emily A. Mertes, explains that she "is unable to travel from San Francisco to San Diego due to being in an advanced state of pregnancy." *Id.* at 2. Plaintiffs Marta L. Ceron de Orozco and Emma Barcenas do not oppose Ms. Mertes' request. *Id.*

///
///
///

1

Good cause appearing, the Court **GRANTS** the Motion. Ms. Mertes **SHALL CONTACT** the Courtroom Deputy at (619) 557-5291 to organize the telephone call.

**IT IS SO ORDERED.**

Dated: January 14, 2020

Hon. Janis L. Sammartino
United States District Judge