UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA L. CERON DE OROZCO and EMMA BARCENAS, individually and on behalf of all similarly situated employees of Defendants in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>FLAGSHIP FACILITY SERVICES, INC.; and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No.: 18-CV-2397 JLS (JLB)<br><br>**ORDER GRANTING JOINT *EX PARTE* MOTION TO MODIFY THE PRELIMINARY APPROVAL ORDER**<br><br>(ECF No. 45) |

Presently before the Court is Plaintiffs Marta L. Ceron De Orozco and Emma Barcenas and Defendant Flagship Facility Services, Inc.'s Joint *Ex Parte* Motion to Modify the Preliminary Approval Order ("Joint *Ex Parte* Mot.," ECF No. 45). Good cause appearing, the Court **GRANTS** the Joint *Ex Parte* Motion. Accordingly, the Court **APPROVES** both the proposed Amendment to Joint Stipulation of Class Action and PAGA Representative Action Settlement and Release, attached as Exhibit 1 to the Declaration of David X. Lin in Support of the Joint *Ex Parte* Motion ("Lin Decl.," ECF No. 45-1), and the proposed Amended Class Notice, attached as Exhibit A to Exhibit 1 to

the Lin Declaration. Further, the Court **AMENDS** the schedule for further proceedings set in its July 22, 2020 Order as follows:

| EVENT | DEADLINE |
|---|---|
| Settlement Administrator to mail Notice to Class Members | 7 calendar days after the electronic docketing of this Order |
| Objections/Exclusion Deadline | 60 calendar days after mailing of Notice |
| FLSA Opt In Deadline | 60 calendar days after mailing of the Notice |
| Settlement Administrator to provide the parties notice of the valid request of exclusion letters and objections received | 7 calendar days after the Objection/Exclusion Deadline |
| Deadline for Defendant to exercise its option to cancel the settlement if 5% or more of the Class Members submit a timely and valid request for exclusion | 10 business days after Settlement Administrator notifies the Parties of the number of valid and timely requests for exclusion |
| Deadline for Settlement Administrator to provide declaration of due diligence | 25 calendar days prior to Final Approval Hearing |
| Deadline for Class Counsel to file Plaintiffs' Motion for Final Approval of Class and Collective Action Settlement and Award of Attorney's Fees and Costs and Class Representative Service Award | No later than 16 Court days prior to the Final Approval Hearing Date |
| Final Approval Hearing | December 17, 2020 at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: August 20, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge